■ PHILIP EDWARDS, Appellant, v BEN FRANKLIN DEVELOPMENT CORP., Respondent.—Order, Supreme Court, New York County (Edward Greenfield, J.), entered on or about May 11, 1989, unanimously affirmed, without costs and without dis-

bursements. The stay granted by order of this court entered on May 23, 1989 is vacated. Concur—Carro, J. P., Rosenberger, Ellerin, Wallach and Smith, JJ.